IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AEP INDUSTRIES, INC.            )
                                )   No. 3-10-0050
v.                              )
                                )
CHARLES NORTON ARRANT; RJS      )
SALES CO., LLC; and JOHN CHAD   )
ARRANT

O R D E R

Pursuant to the order entered March 18, 2010 (Docket Entry No. 31), counsel for the parties called the Court on March 23, 2010, at which time they advised that they were "pretty close" to reaching a settlement, but had not been able to resolve one major issue. After discussion about options that might be available to the parties, it appeared that there remained an opportunity for the parties to continue settlement discussions.

Therefore, counsel for the parties shall convene another telephone conference call with the Court on **Thursday, April 22, 2010, at 1:00 p.m.,** to be initiated by plaintiff's counsel, to address whether the parties have reached a settlement and, if not, whether they anticipate reaching a settlement in the near future and, if not, to reschedule the initial case management conference.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge